IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PROGRESSIVE EXPRESS INSURANCE
COMPANY, an Ohio corporation,

    Plaintiff,

v.

THE CASH CONNECTION OF TAMPA
BAY, INC., a Florida Corporation; AIR-
VAC CONNECTION, INC., a Florida
Corporation; BRIAN MEZRAH; and MYA
LEE,

    Defendants.

CASE NO.: 8:19-cv-2178-T-30AEP

## STIPULATION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, PROGRESSIVE EXPRESS INSURANCE COMPANY, and Defendants, THE CASH CONNECTION OF TAMPA BAY, INC., AIR-VAC CONNECTION, INC., and BRIAN MEZRAH, stipulate to the dismissal of this action with prejudice, each party to bear its own costs and fees.

/s/   Stuart J. Freeman
Stuart J. Freeman, Esquire
Florida Bar No. 237493
Freeman, Goldis & Cash, P.A.
Post Office Box 12349
2553 First Avenue North
St. Petersburg, Florida 33733-2349
Phone: 727-327-2258
Fax:    727-321-2497
Email: stuart.freeman@fgclawfirm.com
       crystal.siegel@fgclawfirm.com

*Attorneys for Plaintiff, Progressive Express Insurance Company*

CASE NO.: 8:19-cv-2178-T-30AEP

/s/   Richard M. Hanchett
Richard M. Hanchett, Esq.
Florida Bar No. 709212
Lindsay Patrick Lopez, Esq.
Florida Bar No. 22839
Trenam, Kemker
101 E. Kennedy Boulevard, Suite 2700
Tampa, FL 33602
Phone: 813-227-7436
Fax:    813-227-0436
Email: rmhanchett@trenam.com
         llopez@trenam.com

*Attorneys for Defendants, The Cash Connection of Tampa Bay, Inc., Air-Vac Connection, Inc. and Brian Mezrah.*

Dated:  June 5, 2020

CASE NO.: 8:19-cv-2178-T-30AEP

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 28, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system Richard M. Hanchett, Esq., rhanchett@trenam.com, and Lindsay Patrick Lopez, Esq., llopez@trenam.com, Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., 101 E. Kennedy Boulevard, Suite 2700, Tampa, FL 33602, Attorneys for Defendants, The Cash Connection of Tampa Bay, Inc., Air-Vac Connection, Inc. and Brian Mezrah.

/s/ Stuart J. Freeman
Stuart J. Freeman, Esquire
Florida Bar No. 237493
Freeman, Goldis & Cash, P.A.
Post Office Box 12349
2553 First Avenue North
St. Petersburg, Florida 33733-2349
Phone: 727-327-2258
Fax:    727-321-2497
Email: stuart.freeman@fgclawfirm.com
         crystal.siegel@fgclawfirm.com

*Attorneys for Plaintiff, Progressive Express Insurance Company*